**Order entered January 12, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00561-CR

**PATRICK LEE BULLOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81611-2013**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel in this case. Accordingly, this is the **ORDER** of the Court:

We **ORDER** the Collin County District Clerk to provide appellate counsel Lara Bracamonte with a paper copy of the clerk's record that is redacted to delete the addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** Sheri Vecera, official court reporter of the 199th Judicial District Court, to provide Ms. Bracamonte with a paper copy of the reporter's record, redacted to delete State's Exhibit no. 7 and the addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** counsel Lara Bracamonte to send appellant copies of the clerk's and reporter's records, as redacted in accordance with this order, and to provide this Court, within **FORTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **APRIL 20, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Sheri Vecera, official court reporter, 199th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; Lara Bracamonte; and the Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Patrick Bullock, Book-In No. 193720, Denton County Jail, 127 North Woodrow Lane, Denton, Texas 76205.

/s/     ADA BROWN
       JUSTICE